# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

2010 JAN 27  P 4: 26

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Oral SWABY            )
Shakeba ROBERTS-SWABY )
    Plaintiffs, )
                      )
v.                    )
                      )   Civil Action No. _____
ERIC HOLDER, Attorney General )
of the United States; )
JANET NAPOLITANO, Secretary, )
Department of Homeland Security; )
DENIS RIORDAN, Boston District )
Director, U.S. Citizenship and )
Immigration Services; )
ALEJANDRO MAYORKAS, Director, )
U.S. Citizenship and Immigration Services )
    Defendants. )

## COMPLAINT FOR WRIT OF MANDAMUS

### INTRODUCTION

1. This is a civil action brought pursuant to 28 U.S.C. §1331, and 28 U.S.C. §1361, to redress the deprivation of rights, privileges and immunities secured to Plaintiffs to compel Defendants to perform a duty Defendants owe to Plaintiffs. Jurisdiction is also conferred by 5 U.S.C. §701.

2. This action is brought to compel Defendants and those acting under them to take action on the concurrent filing of Petition for Alien Relative, Form I-130, and Application to Register Permanent Residence or Adjust Status, Form I-485, in order for Plaintiff Oral Swaby, to become a Permanent Resident of the United States.

3. Plaintiffs are eligible to have their Petition and Application adjudicated.

4. Defendants, the Department of Homeland Security and U.S. Citizenship and Immigration Services, are charged by law with the statutory obligation to adjudicate the concurrent Petition for Alien Relative, Form I-130, and Application to Register Permanent Residence or Adjust Status, Form I-485.

5. Venue is proper under 28 USC §1391(e) because Plaintiffs reside in this district and no real property is involved in this action.

## FACTS

6.     Plaintiff, Mr. Oral Swaby, is a citizen of Jamaica, who married Plaintiff, Ms. Shakeba Roberts-Swaby, a United States citizen, on February 5, 2006, in Boston, Massachusetts. Plaintiff Oral Swaby is a beneficiary and applicant of a concurrent Petition for Alien Relative, Form I-130, and Application to Register Permanent Residence or Adjust Status, Form I-485, which were filed by Plaintiffs on July 30, 2006.

7.     On January 25, 2007, Plaintiffs appeared and were interviewed by Officer Paul Handley of the U.S. Citizenship and Immigration Services (USCIS), in Providence, Rhode Island, pursuant to the adjustment of status process.

8.     At the end of the interview, Officer Handley requested additional evidence that was subsequently provided on April 5, 2007.

9.     On October 22, 2007, Plaintiffs sent a Request for Decision to Officer Handley, because no decision on the concurrent Petition and Application had been rendered.

10.     On March 11, 2008, additional documentation was requested, and on June 6, 2008, said documentation was provided.

11.     On September 15, 2008, Plaintiffs received a Notice of Intent to Deny Petition for Alien Relative that requested additional documentation be provided within thirty days. Additional documentation and evidence was sent on October 8, 2008.

12.     Plaintiffs have also attended numerous USCIS InfoPass appointments seeking updates.

13.     It has now been fifteen months since Plaintiffs last provided the additional documentation requested, and their concurrent Petition for Alien Relative, Form I-130, and Application to Adjust Status, Form I-485, have now been pending for over four years. Plaintiffs have made several requests to determine the status of their applications and the delays associated with their approval, but have yet to receive any response from any governmental agency.

## CLAIMS

1.     Defendants have willfully and unreasonably delayed in, and have refused to adjudicate Plaintiffs' concurrent Petition for Alien Relative, Form I-130, and Application to Register Permanent Residence or Adjust Status, Form I-485, thereby depriving the Plaintiffs of the benefit of becoming a Permanent Resident of the United States, and the peace of mind he is entitled to;

2.     Defendants owe Plaintiffs a duty to adjudicate the concurrent Petition and Application, and have unreasonably failed to perform that duty;

3.     Plaintiffs have exhausted any administrative remedies that may exist.

**WHEREFORE, Plaintiffs pray that the Court:**

1. Compel Defendants and those acting under them to perform their duty to adjudicate Plaintiffs' Petition and Application;

2. Grant such other and further relief as this Court deems proper under the circumstances; and

3. Grant Attorney's fees and costs of Court to Plaintiffs under the Equal Access to Justice Act.

    Respectfully submitted this __27th__ day of January, 2010.

    Respectfully Submitted,
Mr. Oral Swaby and
Ms. Shakeba Roberts- Swaby

By their attorney,

_____
Jeffrey B. Rubin, BBO #604964
Law Offices of Jeffrey B. Rubin, PC
One Center Plaza, Suite 230
Boston, Massachusetts 02108
Tel: 617.367.0077
Fax: 617.367.0071

Dated: January 27, 2010

## VERIFICATION

I, Jeffrey B. Rubin, hereby declare that the allegations in this Complaint are true and accurate to the best of my knowledge and belief.

_____
Jeffrey B. Rubin

## CERTIFICATE OF SERVICE

I, Jeffrey B. Rubin, do hereby certify a true and accurate copy of this Complaint for Writ of Mandamus with supporting documents, have been mailed this day by first class mail, postage prepaid, to:

Office of the General Counsel
United States Department of Homeland Security
Washington, DC 20528

_____
Jeffrey B. Rubin, BBO #604964
Law Offices of Jeffrey B. Rubin, PC
One Center Plaza, Suite 230
Boston, Massachusetts 02108
Tel: 617.367.0077
Fax: 617.367.0071

Dated: January 27, 2010